# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:08-cv-00226 AWI DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO VACATE JUDGMENT |
| v. | [Doc. 8] |
| ARNOLD SCHWARZENEGGER, et.al., | |
| Respondent. | |

On March 7, 2008, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed, with prejudice, for failure to state a cognizable claim, and judgment was entered. (Court Docs. 6, 7.)

Now pending before the Court is Petitioner's motion to vacate the judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, filed on March 21, 2008. (Court Doc. 8.)

Federal Rule of Civil Procedure 60(b) governs the reconsideration of final orders of the district court. The rule permits a district court to relieve a party from a final order or judgment on the grounds of: "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b) ; (3) fraud . . . of an adverse party; (4) the judgement is void; (5) the judgment has been satisfied . . . ; or (6) any other reason justifying relief from the operation of the judgment." Fed.R.Civ.P. 60(b). The motion for reconsideration must be made within a reasonable time, in any event, "not more than one year after the judgment, order, or proceeding

1 was entered or taken." Id.

2     In the instant case, it appears that Petitioner is challenging the Court's finding that Ground Three of his petition challenged the conditions of his confinement which must be raised by way of a section 1983 complaint. Petitioner alleges nothing more than his disagreement with the Court's ruling, and he has not made a showing of "extraordinary circumstances" that would justify relief from judgment. Accordingly, as Petitioner has not presented a basis warranting relief from judgment, IT IS HEREBY ORDERED that Petitioner's motion for relief from judgment is DENIED.

10 IT IS SO ORDERED.

11 **Dated:  October 31, 2008**              **/s/ Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE